# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

VIVIAN HAWKINS                                                                    PLAINTIFF

v.                              NO. 4:14CV00546 JLH

DEPARTMENT OF HUMAN SERVICES; et al.                                    DEFENDANTS

## ORDER OF DISMISSAL

The Court was previously informed that a settlement was reached in this matter. This action is therefore dismissed with prejudice.

IT IS SO ORDERED this 28th day of February, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE